HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
GRIFFIN ESTES, CA Bar #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CRISTOBAL HERNANDEZ-GRANADOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00161-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MOTIONS HEARING AND MODIFY BRIEFING SCHEDULE; ORDER** |
| vs. | |
| CRISTOBAL HERNANDEZ-GRANADOS, | |
| Defendant, | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant Federal Defender Griffin Estes, counsel for Mr. Hernandez-Granados, that the Court may modify the briefing schedule and continue the hearing date on the currently calendared motion to dismiss. The parties agree and request the Court find the following:

1. A motion to dismiss hearing is currently scheduled for October 27, 2025, at 9:30 a.m. ECF Dckt. # 17.
2. In order for the parties to have sufficient time and opportunity to file and brief the issue, and in order for the Court to have sufficient time to review, consider, and hear argument with respect to the defense motion, the parties are requesting that a briefing schedule be set on the motion.

3. Accordingly, the parties hereby agree and stipulate that the following briefing schedule and hearing date be set:

- Government opposition to be filed on or before November 3, 2025.
- Any defense reply to be filed on or before November 10, 2025.
- Motion hearing to be set on November 17, 2025, at 9:30 a.m.

The dates proposed are mutually agreeable dates for the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

4. The parties agree that time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., shall be excluded on the following bases:

   a. The period of delay resulting from the filing of the motion to dismiss, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion, is excluded in computing the time within which trial must commence pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO STIPULATED.**

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

Dated: October 16, 2025

*/s/ Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
CRISTOBAL HERNANDEZ-GRANADOS

ERIC GRANT
United States Attorney

Dated: October 16, 2025

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** The motion hearing hearing currently set for October 27, 2025 is hereby continued to **November 17, 2025**, at **10:30 a.m**. A briefing schedule on the defense motion is hereby set in accordance with the above. The government's opposition is to be filed on or before November 3, 2025. Any defense reply is to be filed on or before November 10, 2025. For the reasons set forth in the parties' stipulation, the time period of October 27, 2025, to November 17, 2025, inclusive, is excluded in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

IT IS SO ORDERED.

Dated:   October 16, 2025

UNITED STATES DISTRICT JUDGE