ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00161-KES-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT; ORDER |
| v. | |
| CRISTOBAL HERNANDEZ-GRANADOS, | |
| Defendant. | |

On October 13, 2025, the defendant filed a motion to dismiss the indictment in this case, which charges him with being a previously removed alien found back in the United States in violation of 8 U.S.C. § 1326(a) and (b)(1). The government's opposition to that motion is due on November 3, 2025. The government will not be filing an opposition. Instead, the government moves, in the interest of justice, to dismiss the indictment without prejudice.

Dated: November 3, 2025      */s/ Joseph Barton*
                              Joseph Barton
                              Assistant United States Attorney

ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00161-KES-BAM |
|---|---|
| Plaintiff, | ORDER TO DISMISS INDICTMENT |
| v. | |
| CRISTOBAL HERNANDEZ-GRANADOS, | |
| Defendant. | |

Upon the government's motion and for good cause shown, the indictment in this case is dismissed without prejudice, and all remaining motion and hearing dates are vacated.

IT IS SO ORDERED.

Dated:   November 4, 2025

_____
UNITED STATES DISTRICT JUDGE